# United States District Court

**WESTERN** DISTRICT OF **TEXAS**

**FILED**

MAY 11 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**STEVEN SCOTT CANTRELL**

CRIMINAL COMPLAINT

CASE NUMBER:

MO: 11-M-151 (1)

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/28/2010__ in __Crane__ county, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense) maliciously attempt to damage or destroy, by means of fire, a building used in interstate commerce or in an activity affecting interstate commerce in violation of Title 18, United States Code, Section 844(i).

in violation of Title __18__ United States Code, Section(s) __844(i)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
     Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Special Agent**
**Federal Bureau of Investigation**

**May 11, 2011**                                                                at  **Midland, Texas**
Date                                                                                    City and State

**U.S. Magistrate Judge David Counts**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

Affiant, G. Stephen French, Special Agent, Federal Bureau of Investigation, being duly sworn, deposes and says:

(1) This affidavit is made in support of a criminal complaint charging STEVEN SCOTT CANTRELL, date of birth 07/02/1985, with having maliciously attempted to damage or destroy, by means of fire, a building used in interstate commerce or in an activity affecting interstate commerce in violation of Title 18, United States Code, Section 844(i).

(2) Affiant has been a Special Agent employed by the Federal Bureau of Investigation for eighteen years. In that time, Affiant has been responsible for the investigation of a wide variety of federal violations including crimes of a violent nature.

(3) Facts included in this affidavit were gathered either by the Affiant or by other cooperating local, county, state, or federal law enforcement agencies. The information contained in this affidavit may not represent all of the facts gathered to-date, but only those necessary to establish probable cause in this matter.

(4) On the afternoon of Tuesday, December 28, 2010, a series of five fires were set in and around the town of Crane, Texas. One of those fires was to a building located at 711 South Gaston Street, which houses a business known as Craig's Gym. Craig's Gym receives fees from members allowing those members access to the business's workout facility. The fire set to the business caused only minimal damage to the structure, but caused a temporary closure of the business for cleanup and repair before normal operations could resume.

(5) Later in the evening of Tuesday, December 28, 2010, STEVEN SCOTT CANTRELL voluntarily arrived at the Crane Police Department and admitted to having started the fires. CANTRELL provided a written statement indicating he had been high on Xanex and remembered starting several fires.

(6) On Wednesday, December 29, 2010, Bureau of Alcohol, Firearms, Tobacco, and Explosives Special Agent David Opperman conducted an investigation into the various blazes. His reports have been provided to the Affiant, as well as to the United States Attorney's Office in Midland, Texas.

(7) Affiant believes that the facts presented in this affidavit are sufficient to establish probable cause to charge STEVEN SCOTT CANTRELL with having maliciously attempted to damage or destroy, by means of fire, a building used in interstate commerce or in an activity affecting interstate commerce in violation of Title 18, United States Code, Section 844(i).

*[signature]*

G. Stephen French
Special Agent, Federal Bureau of Investigation


Sworn to a subscribed before me on
this __11__ day of May, 2011

*[signature]*

David Counts
United States Magistrate Judge